JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON VELASQUEZ FRANCISCO, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>WALGREEN CO., an Illinois Corporation; and DOES 1-50, inclusive,<br><br>        Defendants. | **Case No.: 5:20-CV-01938-JLS (SPx)**<br>Judge: Hon. Josephine L. Staton<br>Magistrate: Hon. Sheri Pym<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

///
///
///
///
///
///

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: March 08, 2021

_____
Hon. Josephine L. Staton
United States District Judge